IN THE MATTER OF THE GUARDIANSHIP OF J. R., A MINOR.

July 15, 1980.

Petition for certification denied.   (See 174 *N.J.Super.* 211)

STATE OF NEW JERSEY v. LARRY D. DAVIS.

July 15, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. DARLENE B. DOBRAN.

July 15, 1980.

Petition for certification denied.

THE STATE OF NEW JERSEY IN THE INTEREST OF W. M.,
A JUVENILE.

July 15, 1980.

Petition for certification denied.